United States District Comi for
the
Eastern District of New York

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT<br><br>Plaintiff<br><br>v.<br><br>RYSZARD KOZIKOWSKI, ANNA CHELSTOWSKA, CZESLAW CHELSTOWSKI, DCFS TRUST, CLERK OF THE SUFFOLK COUNTY DISTRICT COURT, CLERK OF THE SUFFOLK COUNTY TRAFFIC AND PARKING VIOLATIONS AGENCY<br><br>Defendant(s) | )<br>)<br>)<br>)<br>) Civil Action No. 19-cv-00783<br>)<br>)<br>)<br>) **DECLARATION OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, Mariia Yazhynska, declares and states as follows:

That declarant is an employee of Ernest T. Bartol, Bartol Law Firm, P.C., the Court appointed Referee in the above captioned action. That declarant is not a party to this action. Deponent is over the age of 18 years.

That on June _18_, 2024, declarant served a true copy of the Notice of Limited Appearance of Counsel, whose names, representation, designated addresses and mode of service appear below and if by regular mail, by depository at 22 Jericho Turnpike, Site 103, Mineola, New York 11501 under the care and custody of the United States Postal Service within the State of New York.

| Name and Address of Party Served | Mode of Service |
|---|---|
| Ryszard Kozikowski<br>365 Centre Avenue<br>Lindenhurst, NY 11757 | ☒ First class mail via USPS<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ United Parcel Service<br>☐ FedEx |
| Anna Chelstowska 99<br>Wilson Avenue<br>Amityville AKA Amity Harbor, NY 11701 | ☒ First class mail via USPS<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ United Parcel Service<br>☐ FedEx |
| Czeslaw Chelstowski 99<br>Wilson Avenue | ☒ First class mail via USPS<br>☐ Certified mail/RR |

19-cv-00783 **Declaration Of Service**

| | |
|---|---|
| Amityville AKA Amity Harbor, NY 11701 | ☐E-mail<br>☐United Parcel Service<br>☐FedEx |
| DCFS Trust<br>4600 Touchton Road, Building 200, Suite 400<br>Jacksonville, FL 32246 | ☒First class mail via USPS<br>☐Certified mail/RR<br>☐E-mail<br>☐United Parcel Service<br>☐FedEx |
| Clerk of the Suffolk County District Court 400 Carleton Avenue<br>Central Islip, NY 11722 | ☒First class mail via USPS<br>☐Certified mail/RR<br>☐E-mail<br>☐United Parcel Service<br>☐FedEx |
| Clerk of the Suffolk County Traffic and Parking Violations Agency<br>100 Veterans Memorial Highway<br>Hauppauge, NY 11788 | ☒First class mail via USPS<br>☐Certified mail/RR<br>☐E-mail<br>☐United Parcel Service<br>☐FedEx |
| Gross Polowy LLC<br>Attorney of record for Plaintiff<br>1775 Wehrle Drive, Suite 100<br>Williamsville, NY 11757 | ☒First class mail via USPS<br>☐Certified mail/RR<br>☐E-mail<br>☐United Parcel Service<br>☐FedEx |

The foregoing statements are true, under penalty of perjury

_____
Mariia Yazbynska
Legal Assistant